IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Supernus Pharmaceuticals, Inc. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| Ajanta Pharma Limited, | ) | |
| Defendant | ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: September 21, 2022

Date of Expiration of Patent: April 13, 2027

Thirty Month Stay Deadline: March 21, 2025


October 28, 2022                                                      /s/ Francis DiGiovanni
        Date                                                              Attorney(s) for Plaintiff