IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AJANTA PHARMA LIMITED, <br><br> Defendant. | Civil Action No. 22-1431-GBW |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF CERTAIN SCHEDULING ORDER DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines set forth in D.I. 16 shall be modified as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Plaintiff to Produce to Defendants Its Initial Infringement Claim Chart. Default Standard ¶ 4(c); *see also supra* ¶ 3(f)(i). | October 5, 2023 | October 19, 2023 |
| Defendants to Produce to Plaintiff Their Initial Invalidity Contentions for Each Asserted Claim, as Well as the Cited Prior Art. Default Standard ¶ 4(d); *see also supra* ¶ 3(f)(ii). | December 18, 2023 | January 3, 2024 |
| Parties Exchange Proposed Claim Terms for Construction. | January 8, 2024 | January 10, 2024 |

Dated: October 5, 2023

| | |
|---|---|
| /s/ *Thatcher A. Rahmeier* | /s/ *Stamatios Stamoulis* |
| Francis DiGiovanni (#3189) | Stamatios Stamoulis (No. 4606) |
| Thatcher A. Rahmeier (#5222) | Stamoulis & Weinblatt LLC |
| Faegre Drinker Biddle & Reath LLP | 800 N. West Street, 3rd Floor |
| 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 999-1540 |
| (302) 467-4200 | stamoulis@swdelaw.com |
| francis.digiovanni@faegredrinker.com | |
| thatcher.rahmeier@faegredrinker.com | |

*Of Counsel:*                                  *Of Counsel:*

Edward H. Haug                         Neal Seth
Nicholas F. Giove                       Wesley Weeks
Jason A. Kanter                         Wiley Rein LLP
Camile Y. Turner                       2050 M Street NW
Anna N. Lukacher                     Washington, DC 20036
Haug Partners LLP                    (202) 719-7000
745 Fifth Avenue                       nseth@wiley.law
New York, New York 10151     wweeks@wiley.law
(212) 588-0800
ehaug@haugpartners.com          *Attorneys for Defendant*
ngiove@haugpartners.com
jkanter@haugpartners.com
cturner@haugpartners.com
alukacher@haugpartners.com

*Attorneys for Plaintiff*


SO ORDERED this ___ day of October, 2023.


_____
The Honorable Gregory B. Williams
United States District Judge

2